UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50775
Summary Calendar

_____

MARGARET COLE,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER
OF SOCIAL SECURITY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Texas
(SA-96-CV-1164)

_____

July 7, 1998

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Margaret Cole appeals the judgment affirming the decision of
the Commissioner of Social Security denying her claim for
Supplemental Security Income. She contends that the Commissioner
failed to apply the correct legal standards and that his decision
was not supported by substantial evidence.

The Commissioner's decision reflects that the Commissioner
applied the proper legal standards in denying benefits to Cole.

_____

[*]     Pursuant to 5TH CIR. R. 47.5, the Court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

*See* 20 C.F.R. § 404.1520 (1995); *Leggett v. Chater*, 67 F.3d 558, 563 n.2 (5th Cir. 1995). Further, a review of the record reflects substantial evidence supporting the Commissioner's decision. *See Ripley v. Chater*, 67 F.3d 552, 555 (5th Cir. 1995). Based on our review of the record and the briefs of the parties, we find no reversible error. Accordingly, we **AFFIRM** the judgment for essentially the reasons stated by the district court. *See Cole v. Callahan*, No. SA-96-CA-1164 (W.D. Tex. July 24, 1997).

*AFFIRMED*